**Martha E. Linthicum, appellee, v. Morilla C. Linthicum, appellant.**

Suit for separate maintenance. Decree for complainant. Appeal from the Circuit Court of Macon county; the Hon. James S. Baldwin, Judge, presiding. Heard in this court at the October term, 1922. Affirmed in part, reversed in part and remanded. Opinion filed January 17, 1923.

Lee Boland, for appellant. No appearance for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Charles Brenner and Stella Brenner, appellees, v. Estate of Emily E. Baker, deceased. The Casey M. E. Church South of Casey, appellant.**

Claim against an estate for boarding, lodging, and caring for decedent up to the time of her death. Judgment for claimants. Appeal from the Circuit Court of Clark county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed January 17, 1923.

John J. Arney and S. M. Scholfield, for appellant; John J. Arney, of counsel. Graham & Snavely, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

**Otto A. Mohrenstecher, appellee, v. James H. Andrews, appellant.**

Assumpsit for rent. Judgment for plaintiff. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed January 17, 1923. Rehearing denied April 3, 1923.

Thomas W. Hoopes and Govert & Lancaster, for appellant. John E. Wall, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

## FOURTH DISTRICT.

---

**C. W. Parker, appellee, v. Charles Davis, appellant.**

Suit to recover balance on lease contract with option to purchase. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed January 26, 1923. Rehearing denied March 27, 1923.

Geers & Geers, for appellant. C. L. Randall, J. C. Steele and Warnock, Williamson & Burroughs, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.